

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| ALPHONSE L. PEREZ and DOUGLAS G. PHILLIPS individually, and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>RADIOSHACK CORPORATION,<br><br>  Defendant. | CASE NO. 02 C 7884<br><br>JUDGE: Hon. Rebecca R. Pallmeyer<br><br>COLLECTIVE CLASS ACTION<br>[29 U.S.C. § 216(b)] |

**KC FILED**
MAR 21 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION AND MOTION OF DEFENDANT RADIOSHACK TO STRIKE PLAINTIFFS' REPORT OF EXPERT

TO: Robert W. Thompson, Esq.
Callahan, McCune & Willis, LLP
111 Fashion Lane
Tustin, CA 92780

Daniel K. Touhy, Esq.
Touhy & Touhy, Ltd.
161 North Clark Street, Suite 2210
Chicago, IL 60601

**PLEASE TAKE NOTICE** that on the date of oral argument, if any, regarding Plaintiffs' Motion for Partial Summary Judgment, which has not yet been scheduled at this time, or as soon thereafter as the Court may hear the matter, Defendant RadioShack Corporation ("RadioShack") will and hereby does move to strike Plaintiffs' Report of Expert ("Report"), and all references thereto, which is attached as Exhibit 1 to Plaintiffs' Memorandum Of Law In Support Of Motion For Partial Summary Judgment.

This motion is made on the grounds that the report is irrelevant, lacks foundation and is improper because, as explained in RadioShack's points and authorities submitted herewith, Ms. Kramer is not qualified to proffer her own legal opinions and interpretations, which are rightfully to be determined by the Court.

Dated: March 21, 2005

Respectfully submitted,

McKENNA LONG & ALDRIDGE LLP

By _____
Michael B. Segall

Robert S. Brewer, Jr.
Ross H. Hyslop
James S. McNeill
McKENNA LONG & ALDRIDGE LLP
750 B Street, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-5400
Facsimile: (619) 595-5450

James S. Whitehead
Nigel F. Telman
Michael B. Segall
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Defendant RADIOSHACK CORPORATION

SD:22133762.1