# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALPHONSE L. PEREZ and DOUGLAS G. PHILLIPS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RADIOSHACK CORPORATION,<br><br>Defendant. | Case No. 02-C7-884<br><br>Judge: Honorable Rebecca R. Pallmeyer<br>Magistrate: Nan R. Nolan<br>Room 2119<br><br>Collective Class Action<br>[29 U.S.C. § 216(b)] |

## ORDER

AND NOW, this  14th  day of  September , 2007, upon consideration of Plaintiffs' Motion for Final Approval of Settlement, Class Representative Payments, Fee Award and Costs; Plaintiffs' supporting memorandum and exhibits; and oral presentations at the final fairness hearing held on September 14, 2007, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. As required by this Court in its Preliminary Approval Order, notices of the proposed settlement were mailed by first-class mail, address service requested, to all class members who would be bound by the proposed settlement and whose addresses could be obtained with reasonable diligence, in accordance with the requirements of Fed. R. Civ. P. 23(e)(1)(B).

2. All class members have been provided with a sufficient opportunity to submit objections to the proposed settlement and participate in the final fairness

hearing, and all submissions and presentations by members of the class in this case have been given due consideration.

3. The Court has held a hearing to consider the fairness, reasonableness and adequacy of the proposed Settlement, and has considered, *inter alia*, the complexity, expense and likely duration of the litigation; the reaction of the class to the proposed settlement; the stage of the proceedings and the amount of discovery completed; the risks of establishing liability and damages and maintaining the class through trial; the ability of RadioShack to withstand a greater judgment; and the range of reasonableness of the settlement in light of the best possible recovery and all the attendant risks of litigation.

4. The Court has also given significant weight to the belief of experienced counsel appointed to represent the interests of the class that the proposed settlement is in the best interest of the class.

5. The Court finds that the proposed settlement is not the product of collusion between the parties or their respective counsel, but rather was the result of bona fide, good faith, arm's length negotiations between experienced counsel after sufficient discovery was obtained.

6. A review of all relevant factors supports the proposed settlement, and the same is hereby approved and found to be, in all respects, fair, reasonable, adequate, and in the best interests of the class as a whole, in satisfaction of the requirements of Fed. R. Civ. P. 23(e)(1)(C).

7. The requested payments to the class representatives are found to be fair and reasonable in light of their efforts, and are hereby approved.

8. The requested reimbursement of costs to Class Counsel is found to be fair and reasonable, and is hereby approved.

9. The requested fee award is found to be fair and reasonable, and is approved, in light of the size of the settlement fund created and the number of persons benefited; the absence of substantial objections by members of the class to the proposed settlement and fees; the skill and efficiency of the attorneys involved; the complexity and duration of the litigation; the risk of nonpayment; the amount of time devoted to the case by Class Counsel; and awards in similar cases.

BY THE COURT:

_____
REBECCA R. PALLMEYER

## CERTIFICATE OF SERVICE

The undersigned states that service on the following persons was accomplished pursuant to ECF:

Robert S. Brewer, Jr.
James S. McNeill
MCKENNA LONG & ALDRIDGE LLP
750 B. Street – Symphony Towers, Suite 3300
San Diego, California 92101
Telephone: 619-595-5400
Facsimile: 619-595-5450

James S. Whitehead
SIDLEY, AUSTIN, BROWN & WOOD LLP
1 South Dearborn Street
Chicago, Illinois 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036

Daniel K. Touhy
TOUHY & TOUHY, LTD.
161 North Clark Street, Suite 2210
Chicago, Illinois 60601
Telephone: 312-372-2209
Facsimile: 312-456-3838

Robert W. Thompson
CALLAHAN, MCCUNE & WILLIS, APLC
111 Fashion Lane
Tustin, California 92780
Telephone: 714-730-5700
Facsimile: 714-730-1642

/s/ *Michele S. Burkholder*